<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-1997**

YVONNE REEVES,

Plaintiff - Appellant,

versus

CITY OF GALAX, VIRGINIA; CITY OF GALAX POLICE
DEPARTMENT; D. R. CASE, Cpl.; J. A. SPENCE,
Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-01-524-7)

Submitted: November 8, 2001        Decided: November 15, 2001

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Yvonne Reeves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Yvonne Reeves appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2001) complaint for failure to state a claim under 28 U.S.C.A. § 1915(e)(2)(B)(ii) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Reeves v. City of Galax, No. CA-01-524-7 (W.D. Va. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED